# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF HOPE, a California chartered bank,<br><br>Plaintiff,<br><br>vs.<br><br>EXPEDITED TRAVEL, LLC, a Michigan limited liability company; MATTHEW ALLEN BORISCH, an individual; MATTHEW ALLEN BORISCH, as Trustee of the MATTHEW ALLEN BORISCH TRUST; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No: 2:24-cv-05019-MRA-MAA<br><br>Honorable Mónica Ramírez Almadani<br><br>**JUDGMENT** |

---

**[PROPOSED] JUDGMENT**                    Case No. 2:24-cv-05019-MRA-MAA

On September 17, 2025, the Court granted Plaintiff Bank of Hope's ("Plaintiff"), Motion for Partial Summary Adjudication (Dkt. No. 73) as to Plaintiff's First, Third, and Sixth Claims for Relief, finding that there are no material facts in dispute and judgment is proper as a matter of law, as more fully detailed in the Order Granting Partial Summary Judgment. Dkt. No. 85.

On February 11, 2026, the Clerk of Court granted, in part, Plaintiff's Application to the Clerk to Tax Costs awarding Plaintiff a total of $10,673.92 in costs to Plaintiff. Dkt. No. 102.

On February 13, 2026, the Court granted Plaintiff's Motion for Attorneys' Fees (Dkt No. 91) awarding a total of $318,367.00 in attorneys' fees to Plaintiff. Dkt. 103.

Accordingly, and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1.   Judgment is entered in favor of Plaintiff and against Defendants Expedited Travel, LLC, Matthew Allen Borisch, and Matthew Allen Borisch, as Trustee of the Matthew Allen Borisch Trust under a trust agreement dated September 19, 2006, jointly and severally, in the sum of $3,020,402.64 consisting of outstanding principal in the sum of $2,158,261.88, accrued unpaid interest through March 3, 2026 in the sum of $404,020.76, late fees in the sum of $120,877.18, appraisal fees in the sum of $8,201.90, attorneys' fees and costs totaling $329,040.92 ($10,673.92 + $318,367.00), and per diem interest in the amount of $717.62 from March 4, 2026 through entry of Judgment.

2.   Interest after the date of this Judgment shall be at the ordinary federal statutory rate. 28 U.S.C. § 1961.

**IT IS SO ORDERED.**

DATED: March 5, 2026

_____
Honorable Mónica Ramírez Almadani
United States District Judge

1

**JUDGMENT**                                                  Case No. 2:24-cv-05019-MRA-MAA